566

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM SAVINO, Relator, v. JEREMIAH DONOVAN, as Warden of the Branch Brooklyn House of Detention for Men, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

GAETANO SCAVONE et al., Respondents, v. JENNIE DELANO, Appellant, et al., Defendant.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

TEXACO, INC., Appellant, v. ELI WEINBERG, Individually and Doing Business as TEX-BAY SERVICE STATION, Respondent, and TEX BAYSIDE SERVICE STATION INCORPORATED, Respondent.—

Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

ETHEL WOLMAN, Formerly Known as ETHEL COHEN, Respondent, v. REBECCA COHEN, Appellant, et al., Defendants.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.